### UNITED STATES BANKRUTPCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Susan M Woolbert | : | |
| | : | Bankruptcy No. 22-11948-AMC |
| Debtor. | : | |

## **O R D E R**

**AND NOW**, the Debtor having filed the above bankruptcy case on July 27, 2022,

**AND**, the Debtor having filed four (4) prior bankruptcy case before the present case including:

Case Number 18-10612, Chapter 13 filed in Pennsylvania Eastern Bankruptcy Court on 01/31/2018 , Dismissed for failure to make plan payments on 07/17/2018;

Case Number 18-15706, Chapter 13 filed in Pennsylvania Eastern Bankruptcy Court on 08/29/2018 , Dismissed for failure to make plan payments on 12/12/2018;

Case Number 19-10509, Chapter 13 filed in Pennsylvania Eastern Bankruptcy Court on 1/29/19, Dismissed for failure to make plan payments on 8/20/19;

Case Number 22-11656, Chapter 13 filed in Pennsylvania Eastern Bankruptcy Court on 6/24/22, Dismissed on 7/13/22 for failure to file all documents required by Fed. .Bankr.P.1007

**AND**, the Debtor having Bankruptcy Case No. 22-11656 pending at the time of filing the present Bankruptcy Case No. 22-11948-AMC,

AND, after notice and hearing of August 23, 2022, it is hereby

**ORDERED** that this chapter 13 case is **Dismissed** based on a record of bad faith. The Debtor shall be prohibited from filing future bankruptcy cases for a period of 365 days from the date of the dismissal order of this case, either individually or jointly, without first seeking court approval, and it is

**FURTHER ORDERED** that this case shall remain OPEN and the Court will retain jurisdiction to consider the *Motion for Relief from Stay (In Rem Relief), in addition to Motion for Relief from Co-Debtor Stay (In Rem Relief) Filed by Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually but As Trustee for Pretium Mortgage Acquisition Trust* filed and docketed at Docket Entry # 11. A **telephonic hearing** on the Motion is scheduled for **August 30, 2022 at 11:00 a.m.** in the Bankruptcy Court. **Parties are to Dial: 877-873-8017 Access Code: 3027681#.**

**Date: August 23, 2022**

_____
Ashely M. Chan
United States Bankruptcy Judge